64                                                                                                    Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Black, Dorothy Jean

Printed:  11/13/07

Case Number:  07 B 11416
Judge:  Squires, John H
Filed:  6/26/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Ch 7 Conversion:  November 8, 2007
Confirmed:  August 22, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 145.00 |  |
| Secured: |  | 137.17 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 7.83 |
| Other Funds: |  | 0.00 |
| Totals: | 145.00 | 145.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,824.00 | 0.00 |
| 2. | Turner Acceptance Corporation | Secured | 3,629.33 | 137.17 |
| 3. | Asset Acceptance | Unsecured | 14.95 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 17.50 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 10.46 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 155.50 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 134.67 | 0.00 |
| 8. | Cda/Pontiac | Unsecured | | No Claim Filed |
| 9. | Card Protection Association | Unsecured | | No Claim Filed |
| 10. | F&W LLC | Unsecured | | No Claim Filed |
| 11. | LVNV Funding | Unsecured | | No Claim Filed |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | Superior Asset Management | Unsecured | | No Claim Filed |
| 14. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 6,786.41 | $ 137.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.83 |
| | _____ |
| | $ 7.83 |

65

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**   Black, Dorothy Jean | Case Number:  07 B 11416 |
| | Judge:  Squires, John H |
| Printed:  11/13/07 | Filed:  6/26/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_